# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHEAST PROPERTIES, LLC,<br><br>   Plaintiff,<br>vs.<br><br>CHICAGO TITLE COMPANY,<br>DANA SAWYERS, and COMMERCE<br>LAND TITLE, INC.,<br><br>   Defendants. | CASE NO. 11-cv-1194 –BAM<br><br>**ORDER DIRECTING DEFENDANTS<br>TO SUBMIT CONSENT FORM** |

On November 23, 2011, Plaintiff Northeast Properties, LLC filed a consent to jurisdiction of the United States Magistrate Judge Barbara A. McAuliffe. Defendants, having only recently been served or answered, have not yet affirmatively indicated whether they consent to or decline magistrate judge jurisdiction. Accordingly, Defendants Chicago Title Company, Commerce Land Title Inc., and Dana Sawyers are ORDERED to indicate whether they consent to or decline the jurisdiction of the U.S. Magistrate Judge pursuant to 28 U.S.C. § 636 (C) by completing and filing the consent form attached at Docket Entry 9 with the Clerk's Office **WITHIN 5 DAYS OF THE SERVICE OF THIS ORDER**.

Due to the overwhelming caseload already assigned to the two U.S. District Judges in this division–more than twice the national average for District Judges–Defendants are strongly encouraged to consider consenting to the jurisdiction of the U.S. Magistrate Judge pursuant to 28 U.S.C. § 636(C) for all purposes including trial and entry of Judgment. Consent to a Magistrate Judge does not, in any way, affect a party's legal rights, including the right to a jury trial. Defendants are advised that there will be no adverse substantive consequences if they choose not to consent as provided by FED.R.CIV.P. 73(b)(2).

/////

1  Upon receipt of Defendants' acceptance or declination of Magistrate Judge jurisdiction, the case
2  will be assigned to U.S. Magistrate Judge Barbara A. McAuliffe or reassigned to a U.S. District Judge.
3  After reassignment, motions may be rescheduled in the discretion of the judge permanently assigned.
4  IT IS SO ORDERED.
5  Dated:   **March 27, 2012**              **/s/ Barbara A. McAuliffe**
                                            UNITED STATES MAGISTRATE JUDGE