UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| NORTHEAST PROPERTIES, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>COMMERCE LAND TITLE INC. and d/b/a COMMERCE TITLE, CHICAGO TITLE OF TEXAS d/b/a CHICAGO TITLE, and DANA SAWYERS,<br><br>       Defendants. | Case No.  1:11-cv-01194-LJO-BAM<br><br>ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO TRANSFER VENUE |

Based on the Stipulation of the parties (Doc. 43), the hearing on Defendants' Motion to Change Venue, or in the alternative, Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 30), currently set for June 1, 2012, is CONTINUED to June 15, 2012, at 9:00 a.m., in Courtroom 8 before the Honorable Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:   **May 15, 2012**             /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

**ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO TRANSFER VENUE**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO TRANSFER VENUE**